IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ford, Robert

Printed: 01/22/09

Case Number: 08 B 05077
Judge: Hollis, Pamela S
Filed: 3/4/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: December 9, 2008
Confirmed: April 28, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,916.20 |  |
| Secured: |  | 120.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,605.58 |
| Trustee Fee: |  | 190.62 |
| Other Funds: |  | 0.00 |
| Totals: | 2,916.20 | 2,916.20 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,331.50 | 2,605.58 |
| 2. | US Bank Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Village of Dolton | Secured | 911.00 | 120.00 |
| 4. | US Bank Home Mortgage | Secured | 12,841.72 | 0.00 |
| 5. | AT&T Wireless | Unsecured | 8.17 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 5.09 | 0.00 |
| 7. | Capital One Auto Finance | Unsecured | 46.34 | 0.00 |
| 8. | RJM Acquisitions LLC | Unsecured | 1.03 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 8.99 | 0.00 |
| 10. | United Consumer Financial Srv | Unsecured | 2.86 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 35.34 | 0.00 |
| 12. | CBCS | Unsecured |  | No Claim Filed |
| 13. | CAB Services | Unsecured |  | No Claim Filed |
| 14. | American Collections & Credit | Unsecured |  | No Claim Filed |
| 15. | CBCS | Unsecured |  | No Claim Filed |
| 16. | CBCS | Unsecured |  | No Claim Filed |
| 17. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 18. | Medical Collections | Unsecured |  | No Claim Filed |
| 19. | Credit Protection Association | Unsecured |  | No Claim Filed |
|  |  |  | $ 17,192.04 | $ 2,725.58 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 119.79 |
| 6.6% | 70.83 |
|  | $ 190.62 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Ford, Robert | Case Number:  08 B 05077 |
| | Judge:  Hollis, Pamela S |
| Printed: 01/22/09 | Filed:  3/4/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

